# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>LOCKED IN ENTERPRISES<br>INC., et al.,<br>　　　Defendant. | CV 22-1992-DSF (RAOx)<br><br>ORDER TO SHOW CAUSE |

　　Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States. Fed. R. Civ. P. 12(a)(1).

　　In this case, Locked In Enterprises Inc. and Jason Garrett failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before July 25, 2022 why the claims against the non-appearing defendants should not be dismissed for lack of prosecution. Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

　　IT IS SO ORDERED.

Date: July 11, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge