# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION<br><br>         Plaintiff(s),<br><br>    v.<br><br>LOCKED IN ENTERPRISES INC., et al.<br><br>         Defendant(s). | CASE NO.<br>2:22−cv−01992−DSF−RAO<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before January 9, 2023. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: December 5, 2022           /s/ *Dale S. Fischer*
                                             Dale S. Fischer
                                             United States District Judge