JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASF CORPORATION,<br>　　Plaintiff,<br><br>　　　　v.<br><br>LOCKED IN ENTERPRISES INC.,<br>et al.,<br>　　Defendants. | CV 22-1992 DSF (RAOx)<br><br>JUDGMENT |

　　The Court having granted in part the motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff and against Locked In Enterprises Inc. in the amount of $134,817.00 and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 1, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge